# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136941(21)

MENTOR TOWNSHIP,
      Plaintiff-Appellee,

v

                                                    SC: 136941
COA: 283469
Oscoda CC: 06-004028-CE

GENE HOY,
      Defendant-Appellant,

and

FLASKA PROPERTIES, LLC,
      Defendant.
_____/

      On order of the Court, the motion for reconsideration of this Court's September 22, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009                                    
                                                    Clerk

d0120